Town of North Hempstead, Appellant, v. Wesley Harper, Defendant, and Mabel A. H. Gow, Respondent.— Motion to dismiss appeal denied without prejudice to a renewal at the time of the argument of the appeal. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

Thomas N. Wright, Appellant, v. Sarah Wright, Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

Brooklyn Windshield Corporation, Respondent, v. William Rosenblatt, Appellant.— Judgment reversed upon the law and a new trial granted, costs to abide the event. In our opinion the trial court was without power to appoint a referee to take and state the account of the plaintiff's alleged damages inasmuch as they were an issue presented by the pleadings and triable before the court. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

Arnold Canton, an Infant, by Julius J. Canton, His Guardian ad Litem, Appellant, v. Sol Jacobs and Lena Jacobs, Respondents.— Judgment and order, in so far as they affect the infant plaintiff, Arnold Canton, reversed upon the law and the facts and a new trial granted, costs to abide the event. The injuries were of such a character that the assessment was inadequate and against the weight of evidence on damages, and the motion to set aside the verdict on that ground should have been granted. Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur.